UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REGINALD LENARD SMITH, individually and as a class representative,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>COUNTY OF LOS ANGELES; et al.,<br><br>Defendants - Appellants. | No. 12-56690<br><br>D.C. No. 2:11-cv-10666-GAF-PJW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered August 29, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk